# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

KELVIN STEWART

NO. 2021 KW 0815

**NOVEMBER 12, 2021**

---

In Re:    Kelvin Stewart, applying for supervisory writs, 23rd
          Judicial District Court, Parish of Ascension, No.
          24,771.

---

**BEFORE:    GUIDRY, HOLDRIDGE, AND CHUTZ, JJ.**

**WRIT DENIED.**

GH
WRC

**Guidry, J.** dissents and would grant the writ application.
I would vacate the district court's ruling denying relator's
application for postconviction relief and remand this matter to
the district court to reconsider its ruling in light of **State v.
Harris,** 2018-1012 (La. 7/9/20), __ So.3d __, 2020 WL 3867207,
and to allow the state to file a response, if it had not already
done so.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT